IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JEREMY ALEXIS LLOYD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 116-074 |
| HOMER BRYSON, Commissioner for the G.A. Dept. of Corrections, and JOSEPH EVANS, Warden, | ) ) ) ) |
| Defendants. | ) |

**O R D E R**

Plaintiff, an inmate incarcerated at the Richmond County Correctional Institution in Augusta, Georgia, commenced the above-styled civil action pursuant to 42 U.S.C. § 1983 and is proceeding *pro se* and *in forma pauperis*. (Doc. nos. 1, 4.) Plaintiff now requests to voluntarily dismiss this case. (Doc. no. 10.) As no defendant has filed an answer or a motion for summary judgment, Plaintiff may dismiss his case without an Order from the Court. Fed. R. Civ. P. 41(a)(1)(i). Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and to terminate all pending motions.

SO ORDERED this 13th day of September, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA